UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. _______________

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, *in rem*,

Defendants.
________________________________________/

**VERIFIED COMPLAINT**

COMES NOW, Plaintiff Argiros d.o.o. ("Plaintiff"), a Croatian limited liability company, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files this Verified Complaint and sues Marmer Investments Limited ("Marmer" or "Owner"), *in personam,* and M/Y Kaiser, a 2011 model, 196-foot Abeking & Rasmussen motor yacht registered in the Cayman Islands, with O.N. 742935 ("Vessel"), its engines, tackle, furniture, furnishings, personal watercraft, and appurtenances, *in rem*.

**INTRODUCTION**

1. This admiralty action arises from Plaintiff's payment of crew wages totaling €424,633.63 for the Vessel, made at the direction of the Vessel's Captain, Luksa Plecas, acting as agent for the Owner, who is authorized to procure necessaries for the Vessel. These payments were necessary for the continued operation of the Vessel and were incurred to ensure that the Vessel remained

crewed, operational, and in compliance with its obligations. Despite demand, Defendants have failed to reimburse Plaintiff for the amounts due and owing.

2. As a result, Plaintiff holds valid maritime liens against the Vessel for necessaries and for crew wages. Plaintiff further asserts a claim for unjust enrichment against Defendant Marmer, the Vessel's record owner. Through this action, Plaintiff seeks to recover all sums due and owing from Defendants.

**PARTIES**

3. Plaintiff, Argiros D.O.O. ("Argiros"), is a Croatian limited liability company formed under the laws of Croatia with its principal place of business in Croatia and was employed as the Vessel's yacht management company.

4. Defendant Marmer Investments Limited, *in personam*, is a Cayman Islands entity that maintains its principal place of business outside the State of Florida and is the record owner of the Vessel.

5. Defendant, M/Y KAISER, is a 2011 196-foot Abeking & Rasmussen motor yacht bearing official number 742935, registered in the Cayman Islands, including her engines, tackle, furniture, furnishings, personal watercraft, and all other accessories and appurtenances, *in rem*.

6. At all material times, Owner owns M/Y Kaiser, a 2011 model, 196-foot Abeking & Rasmussen motor yacht registered in the Cayman Islands, with O.N. 742935, its engines, tackle, furniture, furnishings, personal watercraft, and appurtenances, *in rem*.

**JURISDICTION AND VENUE**

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333, as this is a civil case of admiralty and maritime jurisdiction involving the enforcement of maritime liens against a vessel.

8. Plaintiff invokes the Court's admiralty jurisdiction under Title 28 USC § 1333(1) and Supplemental Rule C to foreclose their maritime lien and recover damages arising from the acts and/or omissions of the *in rem* Defendant, M/Y Kaiser.

9. This Court has *in rem* jurisdiction over the Yacht as the vessel is within this district during the pendency of this action.

10. This Court has personal jurisdiction over Defendant Marmer Investments Limited pursuant to Florida Statutes § 48.193 and the Due Process Clause because Marmer, directly and/or through its agents, including the Vessel's Captain and managers, has operated, conducted, engaged in, or carried on a business or business venture in Florida, and has engaged in substantial and not isolated activity within Florida. In particular, Marmer has operated and maintained the Vessel within the State of Florida for an extended period of time, marketed and offered the Vessel for sale in Florida, and offered the Vessel for charter to customers in Florida. Marmer, through its agents, further directed and/or authorized the provision of necessaries to the Vessel, including operational, management, and crew-related services, while the Vessel was present in Florida.

11. Venue is proper in this District pursuant to 28 U.S.C. § 1391, as the Defendant Vessel is currently located within the Southern District of Florida, constituting a substantial part of the property that is the subject of this action.

## GENERAL ALLEGATIONS

12. At all material times, Plaintiff, Argiros, was the yacht management company engaged in, inter alia, the administration and payment of crew wages and other operational expenses and was engaged to provide such services for the Vessel.

13. The Vessel is a 2011, approximately 196-foot Abeking & Rasmussen motor yacht bearing official number 742935 and IMO number 1010466, registered in the Cayman Islands and flying

the Cayman flag, together with her engines, tackle, furniture, furnishings, equipment, tenders, personal watercraft, and all other necessaries and appurtenances, sued herein in rem.

14. Marmer is the registered owner of the Vessel.

15. At all material times, the Captain possessed actual and/or apparent authority to procure necessaries on behalf of the Vessel and its Owner.

16. In the ordinary course of operations, the Captain issued written salary notifications to Plaintiff identifying crew members, applicable pay periods, and wages due. *True and correct copies of the salary notifications are attached hereto as Exhibit A*.

17. These salary notifications were issued on behalf of the Vessel and Owner and constituted orders directing Plaintiff to disburse crew wages for the benefit of the Vessel. *See Exhibit A.*

18. All necessaries provided by Plaintiff, including the payment of crew wages, were furnished on the order of Marmer, through its authorized agent being the Vessel's Captain.

19. In reliance on such instructions, and pursuant to the parties' established course of dealing, Plaintiff paid crew wages on behalf of the Vessel. *True and correct copies of the payment records are attached hereto as Exhibit B.*

20. The payment of crew wages constitutes the provision of necessaries to a vessel under applicable maritime law.

21. Consistent with this course of dealing, Plaintiff paid the Vessel's crew wages for the following months:

a. June 2024 in the amount of €104,599.89;

b. September 2024 in the amount of €102,573.70;

c. October 2024 in the amount of €114,017.11; and

d. February 2025 in the amount of €103,442.93.

*See Exhibit B.*

22. The total amount advanced by Plaintiff for these unpaid crew wages is €424,633.63 (four hundred twenty-four thousand six hundred thirty-three euros and sixty-three cents).

23. The services rendered and payments advanced by Plaintiff were necessary for the continued operation, seaworthiness, and mission of the Vessel.

24. The Vessel and Owner knowingly accepted, used, and benefited from Plaintiff's provision of necessaries, including the payment of crew wages.

25. Equity and good conscience require that Defendants not retain the benefit of Plaintiff's services without payment.

26. Upon information and belief, the Vessel is a mobile asset capable of being moved, transferred, or sold outside the jurisdiction, thereby prejudicing Plaintiff's ability to obtain relief.

**COUNT I – FORECLOSURE OF MARITIME LIEN FOR NECESSARIES AGAINST THE YACHT *IN REM***

27. Plaintiff repeats and realleges paragraphs 3 through 26 as if fully set forth herein.

28. This is an action in rem to enforce and foreclose a maritime lien against the Vessel, her engines, tackle, apparel, furniture, equipment, and appurtenances pursuant to the General Maritime Law and Supplemental Admiralty Rule C.

29. Plaintiff provided necessaries to the Vessel as described in *Exhibit B* in the amount of €424,633.63.

30. The payment of crew wages constitutes "necessaries" within the meaning of applicable maritime law, as such services are essential to the operation, navigation, and seaworthiness of the Vessel.

31. Plaintiff furnished such necessaries to the Vessel on the order of the Vessel's Captain, as the authorized agent of the Owner.

32. At all material times, the Captain possessed actual and/or apparent authority to procure necessaries on behalf of the Vessel.

33. In reliance on such authority and pursuant to the established course of dealing, Plaintiff advanced funds to pay crew wages for the benefit of the Vessel and on the Vessel's account.

34. The necessaries provided by Plaintiff directly benefited the Vessel by enabling it to operate, remain seaworthy, and fulfill its intended purpose.

35. Plaintiff has not been paid for the necessaries it provided to the Vessel despite repeated demands.

36. As a result of the foregoing, Plaintiff holds a valid maritime lien against the Vessel for necessaries in the amount of €424,633.63 (four hundred twenty-four thousand six hundred thirty-three euros and sixty-three cents), plus interest, costs, and attorneys' fees as permitted by law.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief:

A. That process in rem issue against the Defendant Vessel, M/Y KAISER, together with her engines, tackle, apparel, furniture, furnishings, equipment, tenders, personal watercraft, and all other necessaries and appurtenances, and that the United States Marshal be directed to arrest the Vessel forthwith;

B. That the Court direct the manner in which Plaintiff shall provide notice of this action to the Defendant Vessel and to all persons or entities who may claim an interest therein;

C. That the Court order all persons or entities claiming any right, title, or interest in the Defendant Vessel to appear and file their claims and answers in this action;

D. That all persons, firms, or corporations failing to appear and assert claims in this action be forever barred and foreclosed from asserting any right, title, lien, claim, or equity of redemption in or to the Defendant Vessel;

E. That the Defendant Vessel be condemned and sold by order of this Court, and that the proceeds of such sale be applied to satisfy Plaintiff's maritime liens;

F. That Plaintiff be awarded judgment against the Defendant Vessel, in rem, for its maritime lien for necessaries in the amount of €424,633.63, together with pre-judgment and post-judgment interest as allowed by law;

G. That Plaintiff's maritime liens be adjudged valid, enforceable, and of priority in accordance with applicable maritime law;

H. That the Court authorize the acceptance of substitute security, including but not limited to a bond or letter of undertaking, sufficient to secure Plaintiff's claims, and direct the Clerk of Court to accept such security in lieu of arrest or to effect the release of the Vessel;

I. That, in the event substitute security is posted, the Court direct that such security be applied and paid to Plaintiff, or otherwise distributed, to satisfy any judgment entered in Plaintiff's favor;

J. That Plaintiff be granted the right to credit bid up to the full amount of its judgment at any judicial sale of the Vessel;

K. That Plaintiff be awarded all costs of this action, including custodia legis expenses, administrative expenses, and all costs associated with the arrest, detention, and sale of the Vessel;

L. That Plaintiff be awarded reasonable attorneys' fees to the extent permitted by applicable law;

M. That the Court retain jurisdiction over the Vessel, any substitute security, the proceeds of any judicial sale, and the parties for all purposes, including the distribution of proceeds;

N. That Plaintiff be granted such other and further relief as this Court deems just and proper.

## <u>COUNT II - FORECLOSURE OF MARITIME LIEN FOR SEAMEN'S WAGES AGAINST THE YACHT *IN REM*</u>

37. Plaintiff repeats and realleges paragraphs 3 through 26 as if fully set forth herein.

38. This is an action in rem to enforce and foreclose a maritime lien against the Vessel, her engines, tackle, apparel, furniture, equipment, and appurtenances pursuant to the General Maritime Law and Supplemental Admiralty Rule C.

39. At all material times, the crew of the Vessel earned wages for services rendered aboard the Vessel.

40. At the direction of the Captain, acting as the authorized agent of the Vessel and its Owner, Plaintiff advanced funds to pay the crew's wages on behalf of the Vessel.

41. The funds advanced by Plaintiff were provided for the purpose of satisfying the crew's wage claims against the Vessel.

42. Plaintiff's payments were made on the express order and request of the Vessel's Captain.

43. Plaintiff's payments were used to satisfy the crew's wage claims in full for the relevant periods. *See Exhibit B*.

44. Plaintiff made such payments to protect its own commercial and legal interests, including its ongoing contractual and operational role with respect to the Vessel.

45. Plaintiff did not act as a volunteer in making such payments.

46. Plaintiff was not primarily liable for the crew's wages, which were obligations of the Vessel and its Owner.

47. By paying the crew's wages, Plaintiff discharged the Vessel's obligations to the crew for those periods.

48. The Captain confirmed, in a written statement, that Plaintiff fully paid all crew wages through and including February 2025 in accordance with Vessel's salary instructions. *A true and correct copy of the Captain's letter is attached hereto as Exhibit C.*

49. By paying those wages on behalf of the Vessel, Plaintiff is equitably subrogated to the crew's preferred maritime liens and thereby holds liens of the same nature, dignity, and priority.

50. Subrogation in these circumstances does not prejudice any third party and is necessary to prevent unjust enrichment of the Vessel and its Owner.

51. Plaintiff has not been paid despite repeated demands, including by any purported payments made through third-party entities.

52. As a result of the foregoing, Plaintiff holds a maritime lien for crew wages against the Vessel, by equitable subrogation, in the amount of €424,633.63, plus interest, costs, and attorneys' fees as permitted by law.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief:

A. That process in rem issue against the Defendant Vessel, M/Y KAISER, together with her engines, tackle, apparel, furniture, furnishings, equipment, tenders, personal watercraft, and all other necessaries and appurtenances, and that the United States Marshal be directed to arrest the Vessel forthwith;

B. That the Court direct the manner in which Plaintiff shall provide notice of this action to the Defendant Vessel and to all persons or entities who may claim an interest therein;

C. That the Court order all persons or entities claiming any right, title, or interest in the Defendant Vessel to appear and file their claims and answers in this action;

D. That all persons, firms, or corporations failing to appear and assert claims in this action be forever barred and foreclosed from asserting any right, title, lien, claim, or equity of redemption in or to the Defendant Vessel;

E. That the Defendant Vessel be condemned and sold by order of this Court, and that the proceeds of such sale be applied to satisfy Plaintiff's maritime liens;

F. That Plaintiff be awarded judgment against the Defendant Vessel, in rem, for its maritime lien for crew wages by equitable subrogation in the amount of €424,633.63, together with pre-judgment and post-judgment interest as allowed by law;

G. That Plaintiff's maritime liens be adjudged valid, enforceable, and of priority in accordance with applicable maritime law;

H. That the Court authorize the acceptance of substitute security, including but not limited to a bond or letter of undertaking, sufficient to secure Plaintiff's claims, and direct the Clerk of Court to accept such security in lieu of arrest or to effect the release of the Vessel;

I. That, in the event substitute security is posted, the Court direct that such security be applied and paid to Plaintiff, or otherwise distributed, to satisfy any judgment entered in Plaintiff's favor;

J. That Plaintiff be granted the right to credit bid up to the full amount of its judgment at any judicial sale of the Vessel;

K. That Plaintiff be awarded all costs of this action, including custodia legis expenses, administrative expenses, and all costs associated with the arrest, detention, and sale of the Vessel;

L. That Plaintiff be awarded reasonable attorneys' fees to the extent permitted by applicable law;

M. That the Court retain jurisdiction over the Vessel, any substitute security, the proceeds of any judicial sale, and the parties for all purposes, including the distribution of proceeds;

N. That Plaintiff be granted such other and further relief as this Court deems just and proper.

## COUNT III – UNJUST ENRICHMENT AGAINST OWNER MARMER INVESTMENTS LIMITED

53. Plaintiff repeats and realleges paragraphs 3 through 26 as if fully set forth herein.

54. This is an action for unjust enrichment.

55. At all material times, Plaintiff conferred a direct and substantial benefit upon Marmer by providing necessaries to the Vessel, including the payment of crew wages required for the Vessel's operation.

56. Marmer, through its recorded ownership and control of the Vessel, knowingly accepted, used, and retained the benefits of Plaintiff's services.

57. The services provided by Plaintiff, including the payment of crew wages, were essential to the continued operation, maintenance, and seaworthiness of the Vessel, which Marmer used for its personal benefit.

58. Plaintiff provided such services with the reasonable expectation of being compensated.

59. Marmer has not paid Plaintiff for the benefits conferred, nor has Plaintiff received payment from any other source.

60. Marmer's retention of the benefit of Plaintiff's services without payment would be inequitable and unjust.

61. As a direct and proximate result of the Owner's unjust enrichment, Plaintiff has suffered damages in the amount of €424,633.63, plus interest.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in its favor and grant the following relief:

A. That Plaintiff be awarded judgment against Marmer Investments Limited, in personam, for unjust enrichment in the amount of €424,633.63, together with pre-judgment and post-judgment interest;

B. That Plaintiff be awarded reasonable attorneys' fees to the extent permitted by applicable law;

C. That Plaintiff be granted such other and further relief as this Court deems just and proper.

Respectfully submitted this 7th day of April 2026,

**Moore & Company, P.A.**
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: 786-221-0600
Facsimile 786-2201-0601
michael@moore-and-co.com
cflitman@moore-and-co.com
*Counsel for Plaintiff*

**/s/ Michael Moore, Esq.**
Michael T. Moore, Esq.
Florida Bar No. 207845
Caycie Flitman, Esq.
Florida Bar No. 55826

**VERIFICATION**

I, Zeljan Banovac, hereby submit this verification of the attached complaint and, being duly sworn, affirm that:

1. My name is Zeljan Banovac, and I am over 18 years of age.
2. I am the Chief Executive Officer of Plaintiff, Argiros d.o.o.
3. I am authorized to make this Verification on Plaintiff's behalf.
4. I am familiar with the services Argiros performed on behalf of M/Y Kaiser.
5. I have read the attached Verified Complaint and know the contents thereof.
6. I affirm that the facts alleged in the Verified Complaint are true and correct based on my personal knowledge and review of the company records.
7. In addition, the documents in Exhibits A through C are true and correct copies of the original documents and records maintained by Plaintiff.

UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, I DECLARE THAT I HAVE READ THE FOREGOING AND THE FACTS ALLEGED HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify and state under penalty of perjury this 7th day of April, 2026 that the foregoing is true and correct.

ZELJAN BANOVAC, authorized representative
ARGIROS D.O.O., Plaintiff

# EXHIBIT A

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6,300.00 euro

Amount to be paid: 6,300.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024 : 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely ,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**FREJA LARSSON**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Freja Larsson on her bank account as follows:

Account holder name : **Freja Larsson**

Bank name : **SEB bank**

Bank Address: **Kungsträgården 8, 111 47, Stockholm, Sweden**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for June : 2,528.10 euro

Amount to be paid : 2,528.10 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Jack Mountain**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Jack Mountain on his bank account as follows:

Account holder name : **Jack Mountain**

Bank name : **Societe Marseillaise de Credit**

Bank Address:, 75 Rue Paradis, Marseille, 13006, France

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No. [illegible]010466
GRT 109[illegible], NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Kaiser
George Town, C.I.
IMO No [illegible]010466
GRT 10[illegible] NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,900.00 euro

Amount to be paid: 5,900.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for June : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Kateryna Kolpakova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Stewardess Kateryna Kolpakova on her bank account as follows:

Account holder name : **Kateryna Kolpakova**

Bank name : **Revolut**

Bank Address: Konstitucijos ave. 21B, 08130 Vilnius, Lithuania

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 24: 1,808.28 euro

Amount to be paid : 1,808.28 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 15,000.00 euro

Amount to be paid: 15,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6,000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 2,700.00 euro

Amount to be paid : 2,700.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Case 1:26-cv-22409-RKA Document 1 Entered on FLSD Docket 04/07/2026 Page 28 of 109

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6.000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for June : 1,530.00 euro

Amount to be paid : 1,530.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **Revolut Ltd**

Bank Address: **7 Westferry Circus, Canary Wharf, London,UK**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,120.00 euro

Amount to be paid : 3,120.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **Wise**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090, NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Yurii Chaban**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**

Bank name : **SANTANDER S.A.**

Bank Address: **Calle Leon y Castillo, 1 35003 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser

Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,551.09 euro

Amount to be paid: 6,551.09 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 : 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 10[illegible] NT 327
Power 2800 KW

Yours sincerely ,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Eep 2024

**Jack Mountain**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Jack Mountain on his bank account as follows:

Account holder name : **Jack Mountain**

Bank name : **Societe Marseillaise de Credit**

Bank Address:, 75 Rue Paradis, Marseille, 13006, France

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 as per ESF: 3,300.00 euro

Amount to be paid : 3,300.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Kaiser
George Town, C.I.
IMO No. [illegible]010466
GRT 109[illegible], NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,015.99 euro

Amount to be paid: 6,015.99 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1089 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Sep 2024 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 15,052.48 euro

Amount to be paid: 15,052.48 euro

Kaiser
George Town, C.I.
IMO No 010466
GRT 10, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5.871.50 euro

Amount to be paid: 5,871.50 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for Sep : 2,870.00 euro

Amount to be paid : 2,870.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1094 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **Revolut Ltd**

Bank Address: **7 Westferry Circus, Canary Wharf, London,UK**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **Wise**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Kaiser
George T[illegible]n, C.I.
IMO No [illegible]010466
GRT 109[illegible] NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Yurii Chaban**
**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**
Bank name : **CaixaBank**

Bank Address: **Store Franchy y Roca, 1501 C. Jose Franchy Roca, 7a-7B, 35007 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser

Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 11,810.00 euro

Amount to be paid: 11,810.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 : 5,726.07 euro

Amount to be paid: 5,726.07 euro

Yours sincerely ,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 5,900.00 euro

Amount to be paid: 5,900.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Oct 2024 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser

Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 15,000.00 euro

Amount to be paid: 15,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 6,337.55 euro

Amount to be paid: 6,337.55 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 6.392.80 euro

Amount to be paid: 6,392.80 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for Oct as per ESF : 4,019.05 euro

Amount to be paid : 4,019.05 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **SPARKASSE**

Bank Address: **Bank Rosenheim-Bad Aibling, Kufsteiner Str.1-5, 83022, Rosenheim**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **DEUTSCHE BANK**

Bank Address:**, C. de José Ortega y Gasset, 62, Salamanca, 28006 Madrid, España**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Serhii Khapusov**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to ETO/2nd engineer Serhii Khapusov on his bank account as follows:

Account holder name : **Serhii Khapusov**

Bank name : **Santander S.A.**

Bank Address: **Calle San Pablo 1, 03012 Alicante, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for October 2024 : 6,233.33 euro

Amount to be paid : 6,233.33 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 : 5,120.00 euro

Amount to be paid: 5,120.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Yurii Chaban**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**
Bank name : **CaixaBank**

Bank Address: **Store Franchy y Roca, 1501 C. Jose Franchy Roca, 7a-7B, 35007 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 as per ESF: 6,600.00 euro

Amount to be paid: 6,600.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser

Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Camelia Benabdallah**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Crew chef Camelia Benabdallah on her bank account as follows:

Account holder name : **Sakina Camélia BENABDALLAH**

Bank name : **WISE**

Bank Address: **Rue du Trône 100, 3rd floor Brussels 1050/ Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025 as per ESF: 5,593.22 €

Amount to be paid : 5,593.22 €

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Officer Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025: 9,407.97 euro

Amount to be paid: 9,407.97 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025 : 5,805.34 euro

Amount to be paid: 5,805.34 euro

Yours sincerely ,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6,100.30 euro

Amount to be paid: 6,100.30 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name: **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Feb 2025 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Jan 2025: 15,497.00 euro

Amount to be paid: 15,497.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6,053.00 euro

Amount to be paid: 6,053.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6.000.00 euro

Amount to be paid: 6,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **SPARKASSE**

Bank Address: **Bank Rosenheim-Bad Aibling, Kufsteiner Str.1-5, 83022, Rosenheim**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Serhii Khapusov**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to ETO/2nd engineer Serhii Khapusov on his bank account as follows:

Account holder name : **Serhii Khapusov**

Bank name : **Santander S.A.**

Bank Address: **Calle San Pablo 1, 03012 Alicante, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 5,649.56 euro

Amount to be paid : 5,649.56 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 4,500.00 euro

Amount to be paid: 4,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Febuary 2025
**Zoran Preseren**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O.to pay salary for February 2025 to Third Engineer Zoran Preseren on his bank account as follows:

Account holder name : **Zoran Preseren**

Bank name : **Addiko Bank AD Podgorica;**

Bank Address: **Bulevar Džordža Vašingtona 98; 81000 Podgorica**

**Montenegro**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Vacation days for Jan 2025 as per ESF: 345.00 euro

Amount to be paid: 345.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1069 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

# EXHIBIT B

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR JUNE 2024
PN No 13 / 2024 - KAISER

Addiko Bank

ARGIROS D.O.O.
PODSTRANA - SV. MARTIN, SV. MARTINA 62
21312 PODSTRANA
HRVATSKA

Broj računa-IBAN:
BIC:
Status računa: A
Zabrana raspolaganja: Ne
Oznaka valute: EUR
OIB / MB:
Dostava: e-mail /
Broj / datum: 167 / 28.06.2024

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 28.06.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** **0,00 EUR**
**Vrijedi do:**

| Broj transakcije / Identifikator suglasnosti / Opis plaćanja / Vrsta SDD sheme | Dat. izvršenja / Dat. valute / Nač. izvršenja / Šifra namjene | Platitelj / primatelj / IBAN/Broj računa / BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja / Poziv na broj primatelja / Identifikator primatelja / Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | [redacted] 26.06.2024 00 | [redacted] | HR99 HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024 28.06.2024 00 | Yurii Chaban [redacted] | HR99 HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024 28.06.2024 00 | Nursel Shevka Ali [redacted] | HR99 HR99 | 6.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024 28.06.2024 00 | Rodrigo Gomez [redacted] | HR99 HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024 28.06.2024 00 | Roberto Javier Gimenez [redacted] | HR99 HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024 28.06.2024 00 | Prince De Sena [redacted] | HR99 HR99 | 3.120,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br><br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br><br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br><br><br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| 4<br>Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Kateryna Kolpakova<br>[redacted] | HR99<br>HR99 | 1.808,28 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Jack Mountain<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 2.700,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 6.300,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,80 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 5.900,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br>HAABHR22 | HR99<br>HR99 | 12,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 1.530,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Freja Larsson<br>[redacted] | HR99<br>HR99 | 2.528,10 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 28.06.2024<br>28.06.2024 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 28.06.2024<br>28.06.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Tonći Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Lukša Plečaš<br>[redacted] | HR99<br>HR99 | 15.000,00 | |
| Ukupni promet<br>Broj naloga, duguje:<br>Broj naloga, potražuje: | <br>27<br>0 | | | [redacted] | <br><br>0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted]
Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 01.07.2024
Broj naloga, duguje: 0 0,00

Addiko Bank

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR SEPTEMBER 2024
PH No 19/2024 - KAISER

Addiko Bank

ARGIROS D.O.O.
PODSTRANA - SV. MARTIN, SV. MARTINA 62
21312 PODSTRANA
HRVATSKA

Broj računa-IBAN:

Status računa: A
Zabrana raspolaganja: Ne
Oznaka valute: EUR

OIB / MB:
Dostava: e-mail /
Broj / datum: 258 / 27.09.2024

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 27.09.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** **0,00 EUR**
**Vrijedi do:**

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 5.871,50 | |
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Rodrigo Gomez<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.500,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 6.551,09 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Jack Mountain<br>[redacted] | HR99<br>HR99 | 3.300,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Yurii Chaban<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,03 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 6.015,99 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 2.870,00 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 27.09.2024<br>27.09.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 27.09.2024<br>27.09.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Tonći Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.052,48 | |

| Ukupni promet | | | |
|---|---|---|---|
| Broj naloga, duguje: | 24 | [redacted] | |
| Broj naloga, potražuje: | 0 | | 0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted] EUR

Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 30.09.2024

Broj naloga, duguje: 0 0,00

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR OCTOBER 2024
PN No 22/2024 - KAISER

Addiko Bank

ARGIROS D.O.O.

PODSTRANA - SV. MARTIN, SV. MARTINA 62

21312 PODSTRANA

HRVATSKA

Broj računa-IBAN:
BIC:
Status računa: A
Zabrana raspolaganja: Ne
Oznaka valute: EUR

OIB / MB:
Dostava:
Broj / datum: 286 / 29.10.2024

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 29.10.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** 0,00 EUR
**Vrijedi do:**

| Broj transakcije / Identifikator suglasnosti / Opis plaćanja / Vrsta SDD sheme | Dat. izvršenja / Dat. valute / Nač. izvršenja / Šifra namjene | Platitelj / primatelj / IBAN/Broj računa / BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja / Poziv na broj primatelja / Identifikator primatelja / Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | 29.10.2024<br>28.10.2024<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Yuri Chaban<br>[redacted] | HR99<br>HR99 | 6.600,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 6.392,80 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.726,07 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 11.810,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Rodrigo Gomez<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Serhii Khapusov<br>[redacted] | HR99<br>HR99 | 6.233,33 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br>HAABHR22 | HR99<br>HR99 | 11,80 | |
| u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 5.900,00 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.120,00 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,68 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.337,55 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 4.019,05 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Tonči Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.000,00 | |
| [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |

| Ukupni promet | | | |
|---|---|---|---|
| Broj naloga, duguje: | 26 | [redacted] | |
| Broj naloga, potražuje: | 0 | | 0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted]

Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 30.10.2024

Broj naloga, duguje: 0 0,00

Addiko Bank

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR FEBRUARY 2025
PN No 5 KAISER
PN NO5/2025

Addiko Bank

ARGIROS D.O.O.

PODSTRANA - SV. MARTIN, SV. MARTINA 62

21312 PODSTRANA

HRVATSKA

| | |
|---|---|
| Broj računa-IBAN: | |
| BIC: | |
| Status računa: | A |
| Zabrana raspolaganja: | Ne |
| Oznaka valute: | EUR |
| OIB / MB: | |
| Dostava: | e-mail / |
| Broj / datum: | 66 / 17.03.2025 |

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 17.03.2025**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** 0,00 EUR
**Vrijedi do:**

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | 17.03.2025<br>14.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>16.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>16.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>17.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Zoran Preseren<br>[redacted] | HR99<br>HR99 | 345,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| 7<br>Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.805,34 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 9.407,97 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Michael Bernatzeder<br>[redacted]<br>IE87REVO99036086313359<br>REVOIE23 | HR99<br>HR99 | 3.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Serhii Khapusov<br>[redacted] | HR99<br>HR99 | 5.649,56 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 20,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 6.100,30 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br>HAABHR22 | HR99<br>HR99 | 20,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 20,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.053,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Camelia Benabdallah<br>[redacted] | HR99<br>HR99 | 5.593,22 | |
| [redacted] | 17.03.2025<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Tonči Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.497,00 | |
| [redacted] | 17.03.2025<br>17.03.2025<br>05 | [redacted] | HR99<br>HR00 30102 | [redacted] | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | Zoran Preseren<br>[redacted] | HR99<br>HR99 | 20,00 | |

| | | | |
|---|---|---|---|
| Ukupni promet | | | |
| Broj naloga, duguje: | 27 | [redacted] | |
| Broj naloga, potražuje: | 0 | | 0,00 |

**Novo stanje:** [redacted]

| | |
|---|---|
| Rezervacija za kartične transakcije: | [redacted] EUR |
| Rezervacija za naloge prisilne naplate: | 0,00 EUR |

*Najava plaćanja za: 18.03.2025

Addiko Bank

| | | |
|---|---|---|
| Broj naloga, duguje: | 0 | 0,00 |

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

# EXHIBIT C

Kaiser

Motor Yacht Kaiser:
Marmer Investments Ltd.
Harbour Place 2nd floor, North Wing
103 South Church Street PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

Date: 29 October 2025

RE: Confirmation Letter to Argiros d.o.o.

This is to confirm that the management company Argiros d.o.o. has fully paid all crew salaries until February 2025 and including February 2025 in accordance with the monthly salary requests issued by the vessel. There are no outstanding payments, and all salaries were paid in full and without delay whenever the requests were addressed to Argiros d.o.o.

Capt. Luksa Plecas

Kaiser
MY Kaiser
Georget Town, Cayman Island
Mobile: +385 99 732 4625 (WhatsApp)
captain@my-kaiser.com

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090, NT 327
Power 2800 KW