

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6,300.00 euro

Amount to be paid: 6,300.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024 : 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely ,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**FREJA LARSSON**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Freja Larsson on her bank account as follows:

Account holder name : **Freja Larsson**

Bank name : **SEB bank**

Bank Address: **Kungsträgården 8, 111 47, Stockholm, Sweden**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for June : 2,528.10 euro

Amount to be paid : 2,528.10 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Jack Mountain**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Jack Mountain on his bank account as follows:

Account holder name : **Jack Mountain**

Bank name : **Societe Marseillaise de Credit**

Bank Address:, 75 Rue Paradis, Marseille, 13006, France

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,900.00 euro

Amount to be paid: 5,900.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for June : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Kateryna Kolpakova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Stewardess Kateryna Kolpakova on her bank account as follows:

Account holder name : **Kateryna Kolpakova**

Bank name : **Revolut**

Bank Address: Konstitucijos ave. 21B, 08130 Vilnius, Lithuania

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 24: 1,808.28 euro

Amount to be paid : 1,808.28 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 15,000.00 euro

Amount to be paid: 15,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6,000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 2,700.00 euro

Amount to be paid : 2,700.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 6.000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for June : 1,530.00 euro

Amount to be paid : 1,530.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **Revolut Ltd**

Bank Address: **7 Westferry Circus, Canary Wharf, London,UK**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,120.00 euro

Amount to be paid : 3,120.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **Wise**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Kaiser
George Town, C.I.
IMO No [illegible]010466
GRT 109[illegible], NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of June 2024

**Yurii Chaban**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for June 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**

Bank name : **SANTANDER S.A.**

Bank Address: **Calle Leon y Castillo, 1 35003 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for June 2024: 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser

Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,551.09 euro

Amount to be paid: 6,551.09 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 : 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 109[illegible], NT 327
Power 2800 KW

Yours sincerely ,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Eep 2024

**Jack Mountain**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Jack Mountain on his bank account as follows:

Account holder name : **Jack Mountain**

Bank name : **Societe Marseillaise de Credit**

Bank Address:, 75 Rue Paradis, Marseille, 13006, France

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 as per ESF: 3,300.00 euro

Amount to be paid : 3,300.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,015.99 euro

Amount to be paid: 6,015.99 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 109[illegible] NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Sep 2024 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 15,052.48 euro

Amount to be paid: 15,052.48 euro

Kaiser
George Town, C.I.
IMO No 9010466
GRT 1098, NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 6,000.00 euro

Amount to be paid: 6,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5.871.50 euro

Amount to be paid: 5,871.50 euro

Kaiser
George Town, C.I.
IMO No [illegible]010466
GRT 109[illegible], NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for Sep : 2,870.00 euro

Amount to be paid : 2,870.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **Revolut Ltd**

Bank Address: **7 Westferry Circus, Canary Wharf, London,UK**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **Wise**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1094 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1058 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



Kaiser



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1098, NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Luksa Plecas
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Sep 2024

**Yurii Chaban**
**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Sep 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**
Bank name : **CaixaBank**

Bank Address: **Store Franchy y Roca, 1501 C. Jose Franchy Roca, 7a-7B, 35007 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Sep 2024: 5,500.00 euro

Amount to be paid: 5,500.00 euro

Kaiser
George Town, C.I.
IMO No 7010466
GRT 1098 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser

Captain Luksa Plecas
Email: captain@my-kaiser.com



# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Relief Captain Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 11,810.00 euro

Amount to be paid: 11,810.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 : 5,726.07 euro

Amount to be paid: 5,726.07 euro

Yours sincerely ,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 5,900.00 euro

Amount to be paid: 5,900.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name : **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Oct 2024 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser

Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 15,000.00 euro

Amount to be paid: 15,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 6,337.55 euro

Amount to be paid: 6,337.55 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 6.392.80 euro

Amount to be paid: 6,392.80 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**PAULA EMMA KARTEV**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to stewardess Paula Emma Kartev on her bank account as follows:

Account holder name : **Paula Emma Kartev**

Bank name : **Discovery Bank**

Bank Address:**1 Discovery Place, Sandhurst, Sandton, South Africa**

SWIFT/BIC :

Account No ( no IBAN ) :

Salary for Oct as per ESF : 4,019.05 euro

Amount to be paid : 4,019.05 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **SPARKASSE**

Bank Address: **Bank Rosenheim-Bad Aibling, Kufsteiner Str.1-5, 83022, Rosenheim**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Rodrigo Gomez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to deckhand Rodrigo Gomez on his bank account as follows:

Account holder name : **Rodrigo Gomez**

Bank name : **DEUTSCHE BANK**

Bank Address:**, C. de José Ortega y Gasset, 62, Salamanca, 28006 Madrid, España**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Serhii Khapusov**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to ETO/2nd engineer Serhii Khapusov on his bank account as follows:

Account holder name : **Serhii Khapusov**

Bank name : **Santander S.A.**

Bank Address: **Calle San Pablo 1, 03012 Alicante, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for October 2024 : 6,233.33 euro

Amount to be paid : 6,233.33 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No [illegible]10466
GRT [illegible] NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name : **STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 : 5,120.00 euro

Amount to be paid: 5,120.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024: 4,500.00 euro

Amount to be paid: 4.500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Oct 2024

**Yurii Chaban**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for Oct 2024 to Second Engineer Yurii Chaban on his bank account as follows:

Account holder name : **Yurii Chaban**
Bank name : **CaixaBank**

Bank Address: **Store Franchy y Roca, 1501 C. Jose Franchy Roca, 7a-7B, 35007 Palmas de Gran Canaria (LAS)**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Oct 2024 as per ESF: 6,600.00 euro

Amount to be paid: 6,600.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser

Captain Costin Tarata
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Camelia Benabdallah**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Crew chef Camelia Benabdallah on her bank account as follows:

Account holder name : **Sakina Camélia BENABDALLAH**

Bank name : **WISE**

Bank Address: **Rue du Trône 100, 3rd floor Brussels 1050/ Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025 as per ESF: 5,593.22 €

Amount to be paid : 5,593.22 €

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Costin Tarata**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Officer Costin Tarata on his bank account as follows:

Account holder name : **Costin Tarata**

Bank name : BCR – **Romanian Commercial Bank**

Bank Address: **159 Plevnei , Business garden Bucharest, Building A, 6th Floor , 6th District Bucharest**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025: 9,407.97 euro

Amount to be paid: 9,407.97 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Eduard Seider**

**Re: LETTER OF NOTIFICATION**

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second Engineer on his bank account as follows:

Account holder name : **Eduard Seider**

Bank name : **Wise Bank**

Bank Address: **Avenue Louise 54, Room S52, Brussels, 1050, Belgium**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for February 2025 : 5,805.34 euro

Amount to be paid: 5,805.34 euro

Yours sincerely ,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Roberto Javier Gimenez**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Crew chef Roberto Javier Gimenez on her bank account as follows:

Account holder name : **Roberto Javier Gimenez**

Bank name : **BBVA**

Bank Address: **Carrer de L'Abeurador 51, 17256 Pals, Girona, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 5,500.00 euro

Amount to be paid : 5,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Johannes Aasen**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief officer Johannes Aasen on his bank account as follows:

Account holder name : **Johannes Aasen**

Bank name : **Standard Bank**

Bank Address: One Circular Road, Douglas, IM1, Isle of Man

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6,100.30 euro

Amount to be paid: 6,100.30 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

**Kaiser**

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Julie Des Tombe**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to stewardess Julie Des Tombe on her bank account as follows:

Account holder name: **Julie Des Tombe**

Bank name : **WISE**

Bank Address: **Rue du Trone 100, 3rd floor, Brussels 1050, Belgium**

SWIFT/BIC :

IBAN/Account No ( if no IBAN ) :

Salary for Feb 2025 : 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Luksa Plecas**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Captain Luksa Plecas on his bank account as follows:

Account holder name : **Luksa Plecas**

Bank name : **Erste&Steiermärkische Bank d.d.**

Bank Address: **Jadranski trg 3A, 51000 Rijeka, Hrvatska**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Jan 2025: 15,497.00 euro

Amount to be paid: 15,497.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Martina Skrivankova**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Stewardess Martina Skrivankova on her bank account as follows:

Account holder name : **Martina Skrivankova**

Bank name : **Standard Bank**

Bank Address: Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6,053.00 euro

Amount to be paid: 6,053.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1099 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Michael Bernatzeder**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to deckhand Michael Bernatzeder on his bank account as follows:

Account holder name : **Michael Bernatzeder**

Bank name : **Revolut bank UAB**

Bank Address: **2 Dublin Landings, D01 V4A3, Dublin 1, North Dock, Ireland**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1089 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Niko Lisica**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Engineer Niko Lisica on his bank account as follows:

Account holder name : **Niko Lisica**

Bank name : **Privredna banka Zagreb**

Bank Address: **Radnicka 50, Zagreb, Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 9,000.00 euro

Amount to be paid: 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1089 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Nursel Shevka Ali**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Stewardess Nursel Shevka Ali on her bank account as follows:

Account holder name : **Nursel Shevka Ali**

Bank name : **Banka DSK otp group**

Bank Address: **69 Preslav str. 9000 Varna, Bulgaria**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 6.000.00 euro

Amount to be paid: 6,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Prince De Sena**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to deckhand Prince De Sena on his bank account as follows:

Account holder name : **Prince De Sena**

Bank name : **SPARKASSE**

Bank Address: **Bank Rosenheim-Bad Aibling, Kufsteiner Str.1-5, 83022, Rosenheim**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 3,000.00 euro

Amount to be paid : 3,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com

# Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Serhii Khapusov**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to ETO/2nd engineer Serhii Khapusov on his bank account as follows:

Account holder name : **Serhii Khapusov**

Bank name : **Santander S.A.**

Bank Address: **Calle San Pablo 1, 03012 Alicante, Spain**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 5,649.56 euro

Amount to be paid : 5,649.56 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Tonci Miocic**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Chief Engineer Tonci Miocic on his bank account as follows:

Account holder name : **Tonci Miocic**

Bank name : **OTP Banka d.d.**

Bank Address: **Domovinskog rata 61, Split 23000 Croatia**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025: 9,000.00 euro

Amount to be paid : 9,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1080 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025

**Trenton Echardt**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836
With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second officer Trenton Echardt on his bank account as follows:

Account holder name : **Trenton Echardt**

Bank name **: STANDARD BANK**

Bank Address: **Standard Bank House, One Circular road, Douglas, Isle of Man, IM11SB**
SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 5,000.00 euro

Amount to be paid: 5,000.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1000 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of February 2025
**Virginia Giovannini**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O. to pay salary for February 2025 to Second Stewardess Virginia Giovannini on her bank account as follows:

Account holder name : **Virginia Giovannini**

Bank name : **Intesa San Paolo**

Bank Address: **Via Roma 37, 19032, Lerici, SP**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Salary for Feb 2025 : 4,500.00 euro

Amount to be paid: 4,500.00 euro

Yours sincerely,

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com



Kaiser

M/Y Kaiser
Marmer Investments Ltd
Harbour Place, 2nd Floor, North Wing
103 South Church Street,
PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

20th of Febuary 2025
**Zoran Preseren**

**Re: LETTER OF NOTIFICATION**

To Managers and Owners of:

MY Kaiser
C/O ARGIROS D.O.O.
As managers only,
Sveti Martin 62
21312 Podstrana, Croatia
VAT HR 15299965836

With present letter, I'm asking management company Argiros D.O.O.to pay salary for February 2025 to Third Engineer Zoran Preseren on his bank account as follows:

Account holder name : **Zoran Preseren**

Bank name : **Addiko Bank AD Podgorica;**

Bank Address: **Bulevar Džordža Vašingtona 98; 81000 Podgorica**

**Montenegro**

SWIFT/BIC :

IBAN No or Account No ( if no IBAN ) :

Vacation days for Jan 2025 as per ESF: 345.00 euro

Amount to be paid: 345.00 euro

Kaiser
George Town, C.I.
IMO No 1010466
GRT 1090 NT 327
Power 2800 KW

Yours sincerely,

For and on behalf of MY Kaiser
Captain Costin Tarata
Email: captain@my-kaiser.com