AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ARGIROS D.O.O.,
a Croatian limited liability company

*Plaintiff(s)*

v.

MARMER INVESTMENTS LIMITED, in personam, and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, in rem,

*Defendant(s)*

Civil Action No. 1:26-cv-22409-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marmer Investments Limited
C/O International Corporation Services LTD.
Harbour Place, 2nd Floor, North Wing
P.O. BOX 472, 103 South Church Street
George Town, KY1-1106
Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael T. Moore
255 Aragon Ave, 3rd floor, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: 04/08/2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts