# RETURN OF SERVICE

**State of Florida** **County of SOUTHERN** **District Court**

Case Number: 1:26-CV-22409-RKA

Plaintiff: **ARGIROS D.O.O., a Croatian limited liability company**
vs.
Defendant: **MARMER INVESTMENTS LIMITED, in personam, and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, in rem**

For:
Michael Moore
Moore & Company, P.A.
255 Aragon Avenue
3rd Floor
Coral Gables, FL 33134

Received by Legal Force USA, Inc. on the 9th day of April, 2026 at 4:51 pm to be served on **MARMER INVESTMENTS LIMITED C/O INTERNATIONAL CORPORATION SERVICES LTD., HARBOR PLACE, 2ND FLOOR, NORTH WING - P.O. BOX 472, 103 SOUTH CHURCH STREET, GEORGE TOWN, KY 1-1106**.

I, Charles Goldberg, do hereby affirm that on the **15th day of April, 2026** at **5:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Verified Complaint** with the date and hour of service endorsed thereon by me, to: **APAO FONMANU** as **CAPTAIN** for **MARMER INVESTMENTS LIMITED**, at the address of: **M/Y KAISER, SAFE HARBOR RYBOVICH, 4200 N FLAGLER DR, WEST PALM BEACH, FL 33407**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: ISLANDER, Height: 5'10", Weight: 240, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Charles Goldberg**
PROCESS SERVER #1624

**Legal Force USA**
**13818 SW 152nd St.**
**Ste 220**
**Miami, FL 33177**
**(888) 301-7191**

Our Job Serial Number: LLP-2026000982

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e