UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 26-cv-22409-ALTMAN

ARGIROS D.O.O.

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam*,
and M/Y KAISER *in rem,*

Defendants.
____________________________/

**NOTICE OF APPEARANCE**

MICHAEL R. KARCHER, ESQ., of the law firm of KARCHER, CANNING & KARCHER, hereby notices his appearance as an attorney for the Defendant, MARMER INVESTMENTS LIMITED. All parties are hereby requested to forward to this firm copies of all pleadings, notices and other Court documents filed electronically to the following:

Michael R. Karcher
KARCHER CANNING & KARCHER
Attorneys for Defendant Marmer Investments
760 N.E. 7th Avenue
Dania Beach, FL 33004
Tel: 954/929-7800
Fax: 954/929-7799
E-mail: mrk@ukandk.com

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 6th day of May 2026, to all counsel of record.

Respectfully submitted,

KARCHER CANNING & KARCHER
Attorneys for Defendant Marmer Investments
760 N.E. 7th Avenue
Dania Beach, FL 33004
Tel: 954/929-7800
Fax: 954/929-7799
E-mail: mrk@ukandk.com

By: /s/ *Michael R. Karcher*
MICHAEL R. KARCHER
FLORIDA BAR NO. 516287

Copies Furnished:
All Counsel of Record