UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 26-cv-22409-ALTMAN

ARGIROS D.O.O.

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam*,
and M/Y KAISER *in rem*

Defendants.
___________________________________/

**ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

THIS CAUSE came to be heard on the Defendant MARMER INVESTMENTS LIMITED's Unopposed Motion for an Extension of Time to Respond to Plaintiffs Complaint, and after review of the file, it is:

ORDERED AND ADJUDGED, that the Defendant's Motion is GRANTED. Defendant will have until Wednesday, May 20th, 2026, to respond to the Complaint.

DONE AND ORDERED in chambers, this ____ day of May 2026.

___________________________________
ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: All Counsel of Record