UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-CV-22409-RKA

ARGIROS D.O.O, a Croatian limited liability company,

*Plaintiff,*

v.

MARMER INVESTMENTS LIMITED, *in personam*, and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem*,

*Defendants.*

_______________________________________/

**DECLARATION OF OLEKSANDR CHORNYY, IN SUPPORT OF DEFENDANT, MARMER INVESTMENTS LIMITED'S MOTION TO DISMISS THE COMPLAINT**

I, Oleksandr Chornyy, declare as follows:

**Background of Marmer**

1. I am over 18 years of age and I am competent to give testimony in this matter.

2. During all times material to this matter, I was and am the Director of Marmer Investments Limited ("Marmer").

3. Marmer owns a 2011 196' Abeking & Rasmussen motor yacht, M/Y Kaiser ("the Yacht").

4. Based on my duties as Director, I have personal knowledge about the activities of Marmer and the Yacht.

5. Marmer is incorporated and organized under the laws of the Cayman Islands, and its sole headquarters is in the Cayman Islands.

6. Marmer has no employees, only myself as Director.

7. The Yacht is registered and flagged in the Cayman Islands.

**Improper Service of Process**

8. On April 15, 2026, the Plaintiff attempted to serve Marmer through substitute service on the captain of the Yacht, Apao Fonmanu.

9. However, Mr. Fonmanu is not an employee, officer, managing agent, general agent, or any other agent of Marmer.

10. Mr. Fonmanu is hired by a separate and independent entity, JLS Yachts LLC.

11. Mr. Fonmanu is not authorized to accept service of process on behalf of Marmer.

**No Contacts with Plaintiff**

12. Marmer is not in privity with Plaintiff, Argiros D.O.O., a Croatian limited liability company ("Argiros").

13. Marmer never entered into any verbal or written agreement with Argiros.

14. Marmer never had any business dealings or contact with Argiros.

**No Contact in Florida**

15. Marmer has never been licensed, registered, or authorized to do business in the State of Florida.

16. Marmer was not required to and, consequently, did not maintain a registered agent for service process in Florida.

17. Marmer does not have any office, mailing address, place of business, post office box, or telephone listing in Florida.

18. Marmer does not own any real estate or interest in real property in Florida. Marmer

has not incurred any obligation to pay, and has never paid, franchise or property taxes in Florida.

19. Marmer has not applied for any loan or opened any bank accounts in Florida.

20. Marmer does not have any employees that reside or have an office in Florida.

21. Marmer does not have any Florida customers and has not accepted money or taken profits from Florida consumers.

22. Marmer did not engage in substantial and not isolated activity within the State of Florida

23. Marmer did not purposefully seek the protection of Florida law or avail itself of rights under Florida law.

24. Marmer did not have an expectation, nor could it have reasonably anticipated, that it would be haled into a Florida court for any action based on the facts alleged in Plaintiff's Complaint.

**Single Visit of the Yacht in Florida**

25. The Yacht has been used exclusively in the Mediterranean Sea.

26. The Yacht was never chartered in Florida.

27. The Yacht visited Florida for the first time in October 2025 for the sole purpose of listing the Yacht for sale.

28. The Yacht has been displayed in the Ft. Lauderdale Boat Show (October 29, 2025 through November 2, 2025) and the Palm Beach Boat Show (March 25-29, 2026).

29. The Yacht arrived in Florida subject to a boat show bond issued by the U.S. Customs and Border Protection.

30. The Yacht was also subject to a Foreign Trade Zone bond.

31. The Yacht's limited economic activities in Florida were strictly limited to provisioning, maintenance, and dockage.

[Remainder of page intentionally left blank]

In compliance with § 92.525, Florida Statues, and 28 U.S.C. §1747, under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge.

Executed at Munich on this 20th day of May, 2026.

By: ______________________________

Oleksandr Chornyy