UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-cv-22409-ALTMAN

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, *in rem*,

Defendants.
_______________________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Dillon M. Weiss, Esq., of Moore & Company, P.A., hereby enters his appearance as counsel on behalf of Plaintiff ARGIROS D.O.O. All further pleadings and documents should be forwarded to the undersigned counsel.

Dated: June 9, 2026

Respectfully submitted,

**MOORE & COMPANY, P.A.**
*Counsel for Plaintiff* ARGIROS D.O.O.,
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Telephone:(786)221-0600
dweiss@moore-and-co.com

*s/Dillon M. Weiss*
Dillon M. Weiss, Esq.
Florida Bar No. 1075706

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on June 9, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record via email.

*s/Dillon M. Weiss*
Dillon M. Weiss, Esq.