# EXHIBIT A

fraseryachts.com/en/yacht-for-sale/kaiser/

CHARTER BUY SELL BU

DESCRIPTION



Subscribe to the FRASER newsletter.
I would like to be kept updated on the latest yachts for Sale and for Charter, owner services and support, market information and ideas for itineraries and new destinations worldwide.

I consent to being contacted by FRASER in relation to the interests and details I have indicated above. For further details please see our Privacy Policy.

SUBMIT

REPRESENTED FOR SALE BY



Sales Broker
ALEX KRYKANYUK
T +377 93 100 450
M +33 6 40 61 53 10



Sales Broker
JOSH GULBRANSON
T +1 954 463 0600
M +1 954 629 7435

‹ PREVIOUS YACHT BACK TO SELECTION NEXT YACHT ›

Home Yachts for sale M/Y KAISER

# KAISER | 60M / 196', Abeking & Rasmussen - Yacht for Sale

Luxury Yachts For Sale

AVAILABLE FOR SALE

# KAISER

ABEKING & RASMUSSEN

| 60m / 196' | 2011/2021 | 12 | 6 |
|---|---|---|---|
| LENGTH | BUILT/REFIT | GUESTS | CABINS |

$39,900,000
ASKING PRICE

BROCHURE

SEND AN INQUIRY

KAISER

## IMAGE GALLERY

GALLERY +63

A LITTLE MORE ABOUT

## KAISER

### MOTOR YACHT FOR SALE

KAISER (60M/196′) is one of the finest motor yachts ever built by Abeking & Rasmussen, a shipyard offering true Northern European pedigree. Offered for sale for the first time by her original Owner, this vessel represents a rare opportunity to acquire a privately used yacht of exceptional quality and timeless appeal.

Delivered in 2011, KAISER pairs Donald Starkey's streamlined exterior architecture with a bespoke interior by Bannenberg & Rowell. Built to Lloyd's Commercial Class, LY2, and Cayman Flag standards, KAISER offers a transatlantic range of 4,500 nautical miles at 14 knots.

KAISER comfortably accommodates 12 guest in 6 staterooms. The full-beam Owner's Stateroom, positioned forward on the main deck, features a private lounge area, his-and-hers ensuites, and panoramic views. On the lower deck, 4 guest staterooms include a convertible full-beam VIP. The bridge deck hosts a multi-purpose suite, ideal as a nanny cabin, office, or wellness space.

KAISER also features a generous beach platform with direct access to a dedicated sauna and dayhead, creating a private wellness area at water level. Inside, the main salon flows into formal dining beneath sculptural lighting, while the sky lounge above offers an intimate escape for cinema nights or relaxed sundowners. The yacht's deck layout offers walkaround access and multiple lounging areas, with the sundeck and upper decks designed for effortless outdoor living. Tender storage is discreet and ample, with space for a full complement of water toys and support craft.

Privately operated and used for only one season since delivery, KAISER presents in superb condition, offering exceptional value per gross ton for a yacht of her size, specification, and pedigree. Built for those who value discretion over display, she is a collector's yacht in every sense.

### SPECIAL FEATURES

- Original Owner since delivery
- Top pedigree A&R build with renowned Donald Starkey exteriors and Bannenberg & Rowell interiors
- Strictly privately used for only one season
- Impressive Master stateroom on the main deck
- Full-beam convertible VIP suite on the lower deck
- Six guest staterooms/multi-purpose room on the bridge deck
- Sauna and a day head by the swim platform
- Built to LY2 commercial, Lloyds Register, Cayman flagged
- Transatlantic 4,500nm range at 14 knots
- Competitive asking price per gross ton

## SPECIFICATIONS: KAISER

### ACCOMMODATION

| | |
|---|---|
| Guests | 12 |
| Staterooms | 6 |
| Cabins Configuration | Double (4) |

| | |
|---|---|
| | Twin (1) |
| | Convertible (1) |
| Crew | 15 |

## CONSTRUCTION & DESIGN

| | |
|---|---|
| Built/Refit | 2011/2021 |
| Builder | Abeking & Rasmussen |
| Hull Material | Steel |
| Model | Custom |
| Interior Designer | Bannenberg & Rowell |

## DIMENSIONS & VOLUME

| | |
|---|---|
| Length | 196'1" (60m) |
| Beam | 36'0" (11m) |
| Draft | 11'7" (3.53m) |
| Gross Tonnage | 1,090 GT |

## PERFORMANCE & ENGINES

| | |
|---|---|
| Cruising speed | 14 Knots |
| Max speed | 16 Knots |
| Cruise range | 3,088 nm |
| Range | 4,500 nm |
| Engines | 2 x Caterpillar (1877 hp) |
| Generators | 2 x Caterpillar |

## FEATURES

Stabilizers

## CLASSIFICATION & FLAG STATE

| | |
|---|---|
| Classification | Lloyd's Register (LR) |
| Flag | Cayman Islands |

• Beach Club • Conference room • Gym • WiFi • Hot Tub • Air conditioning

Not for sale or charter to U.S. residents while in U.S. waters.

VIEW THE LAYOUT

## DECK PLANS



OPEN

ADD TO COMPARE

BROCHURE

SHARE

‹ PREVIOUS YACHT

BACK TO SELECTION

NEXT YACHT ›

SELECT AN OFFICE

FORT LAUDERDALE

T+1 954 463 0600

Local time 14:15

LET'S KEEP IN TOUCH

REQUEST NEWSLETTER

FUTURE & SUSTAINABILITY

Fraser Unites to Universally Respect the Environment

FRASER'S GREEN LEADERSHIP ›

CHARTER & SALES

- Yachts for Charter
- Charter Destinations
- Yachts for Sale
- Sell your Yacht
- Recent Sales

OWNER SERVICES

- Charter Management
- Yacht Management
- Yacht Marketing
- Build & Refit
- Crew Services

FOLLOW US

LEGAL & PRIVACY

COOKIES

SITEMAP

COOKIES SETTINGS

© FRASER 2026 ALL RIGHTS RESERVED



FOR SALE

# KAISER

60.00M (196’01”) I ABEKING & RASMUSSEN I 2011 / 2021

FRASER



## OVERVIEW

| | |
|---|---|
| BUILDER | ABEKING & RASMUSSEN |
| BUILT / REFIT | 2011 / 2021 |
| BEAM | 11.00 M / 36'00" |
| DRAFT | 3.53 M / 11'07" |
| STATEROOMS | 6 |
| GUESTS | 12 |
| CREW | 16 |
| HULL MATERIAL | STEEL |
| SPEED | 14 KNOTS / 16 MAX |
| FLAG | CAYMAN ISLANDS |

*"Launched in 2011, KAISER is very special a 60-metre displacement motor yacht — she is a carefully composed symphony of style, performance, and architectural poise. The exterior by Donald Starkey and interior by Bannenberg & Rowell. 12 Guests are accommodated across 6 staterooms. 4 staterooms on the lower deck, an impressive main deck master and a bridge-deck multi use stateroom."*

*Not for sale or charter to US residents while in US waters

Yachts offered are subject to availability. The particulars are believed to be correct but are not guaranteed and may not be used for contractual purposes. Specification provided for information only.




Kaiser





KAISER I 60.00M / 196'01"

FRASER

# LOUNGE AREA ON MAIN DECK AFT




MAIN DECK



KAISER I 60.00M / 196'01"

LOUNGE AREA ON MAIN DECK AFT

FRASER



KAISER I 60.00M / 196’01”

# MAIN SALON

FRASER




MAIN DECK



MAIN SALON

FRASER





KAISER I 60.00M / 196'01"

DINING ROOM

FRASER

KAISER I 60.00M / 196'01"

# MAIN DECK FOYER AND DAYHEAD

FRASER




MAIN DECK





Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 19 of 52



# OWNER'S STATEROOM ON MAIN DECK

FRASER




MAIN DECK



Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 20 of 52



OWNER’S BATHROOM ON MAIN DECK





Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 21 of 52



OWNER’S BATHROOM ON MAIN DECK











KAISER I 60.00M / 196'01"

OWNER'S OFFICE

FRASER

KAISER I 60.00M / 196'01"

OWNER'S DRESSING

FRASER



KAISER I 60.00M / 196’01”

# STARBOARD SIDE VIP GUESTS STATEROOM

FRASER




LOWER DECK



# PORT SIDE GUESTS STATEROOM

FRASER




LOWER DECK



KAISER I 60.00M / 196’01”

STARBOARD SIDE GUESTS STATEROOM

FRASER




LOWER DECK



# PORT SIDE TWIN GUESTS STATEROOM

FRASER




LOWER DECK



# LOWER DECK FOYER & GUEST BATHROOMS











# BRIDGE DECK LOUNGE






BRIDGE DECK



Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 30 of 52



# BRIDGE DECK LOUNGE











BRIDGE

FRASER




BRIDGE DECK



# CAPTAIN’S CABIN AND OFFICE











# LOUNGE AREA ON BOW






BRIDGE DECK



# EXTERIOR DINING AREA ON BRIDGE DECK

FRASER




BRIDGE DECK



EXTERIOR LOUNGE AREA ON BRIDGE DECK

FRASER



# LOUNGE AREA ON SUN DECK

FRASER




SUN DECK



Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 37 of 52



LOUNGE AREA ON SUN DECK





KAISER I 60.00M / 196’01”

# HOT TUB ON SUN DECK

FRASER




SUN DECK



LOUNGE AREA ON SUN DECK





KAISER I 60.00M / 196'01"

HOT TUB ON SUN DECK



FRASER

# GALLEY

FRASER




MAIN DECK



Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 42 of 52





Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 43 of 52



ENGINE AND CONTROL ROOMS ON LOWER DECK












# PANTRY, LAUNDRY, WALK-IN FRIDGE AND WINE CELLAR











# CREW MESS






TANK DECK



CREW CABINS AND BATHROOMS

FRASER







# TENDERS GARAGE, BEACH CLUB AND SAUNA

FRASER




LOWER DECK



Case 1:26-cv-22409-RKA Document 13-1 Entered on FLSD Docket 06/10/2026 Page 48 of 52



TENDER GARAGE, BEACH CLUB AND SAUNA












KAISER I 60.00M / 196'01"

KAISER I 60.00M / 196'01"

GENERAL ARRANGEMENT




FRASER

KAISER I 60.00M / 196'01"

# GENERAL ARRANGEMENT

FRASER







## MAIN DIMENSIONS

| | |
|---|---|
| LENGTH OVER ALL | 60,00 m / 197 ft. |
| LWL | 51,85 m / 169,6 ft. |
| BEAM | 10,70 m / 35 ft. |
| DESIGN DRAUGHT | 3,50 m / 11,5 ft. |

ABEKING & RASMUSSEN

PRELIMINARY GENERAL ARRANGEMENT

Hull No 6482 – 60 m Motoryacht

Scale 1:100 19.03.2011

This drawing is the property of Abeking & Rasmussen.

FRASER
YACHTS

Interior pictures are courtesy of Bannenberg & Rowell Design