UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-CV-22409-RKA

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, *in rem*,

Defendants.
_______________________________________/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Argiros d.o.o. ("Plaintiff"), a Croatian limited liability company, by and through undersigned counsel, hereby submits the following Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

The following are the names of any and all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party.

1. Moore & Company, P.A., counsel for Plaintiff
2. Michael Moore, Esq., counsel for Plaintiff
3. Caycie Flitman, Esq., counsel for Plaintiff
4. Argiros d.o.o., Plaintiff
5. Zeljan Banovac, member of Argiros d.o.o.

6. M/Y KAISER, a 2011 model, 196-foot Abeking & Rasmussen motor yacht registered in the Cayman Island with O.N. 742935, *in rem*
7. Marmer Investments Limited
8. Oleksandr Chornyy, director of Marmer Investments Limited
9. Robert Allen Law, counsel for Defendants
10. Serena A. Witter, Esq., counsel for Defendants
11. Michael R. Karcher, Esq., counsel for Defendants

I hereby certify that, except as disclosed above, I am unaware of any other interested parties or any actual or potential conflict involving the district judge or magistrate judge assigned to this case. If in the future such an interest is discovered, I will immediately notify this Court in writing upon learning of any additional interested parties or potential conflicts.

**ARGIROS D.O.O.'s RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Argiros d.o.o., by and through undersigned counsel, hereby makes the following disclosure:

Plaintiff Argiros d.o.o. is a privately held Croatian limited liability company. It has no parent corporation and no publicly held entity owns 10% or more of its stock.

Respectfully submitted June 10, 2026

**Moore & Company, P.A.**
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: 786-221-0600
Facsimile 786-2201-0601
michael@moore-and-co.com
dweiss@moore-and-co.com
*Counsel for Plaintiff*

**/s/ Dillon M. Weiss, Esq.**
Michael T. Moore, Esq.
Florida Bar No. 207845

Dillon M. Weiss, Esq.
Florida Bar No. 1075706

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 10, 2026, a true and correct copy of the foregoing was filed with the Court's electronic filing system, CM/ECF, which will send a notice of electronic filing to all counsel or parties of record.

**/s/ Dillon Weiss, Esq.**
Dillon Weiss, Esq.