UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-CV-22409-RKA

ARGIROS D.O.O, a Croatian limited liability company,

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam*, and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem*,

*Defendants*.
______________________________________/

**DEFENDANT, MARMER INVESTMENTS LIMITED'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

Defendant, Marmer Investments Limited, *in personam*, by and through undersigned counsel, respectfully requests an unopposed seven-day extension to file its Reply to Plaintiff, Argiros D.O.O.'s Response in Opposition (ECF No. 13) to Defendant's Motion to Dismiss the Complaint (ECF No. 9) and, in support, states as follows:

1. On April 15, 2026, Plaintiff, Argiros D.O.O. ("Argiros") filed its Complaint for foreclosure of alleged maritime liens. (ECF No. 1).

2. On May 20, 2026, *in personam* Defendant, Marmer Investments Limited ("Marmer") filed its Motion to Dismiss the Complaint for lack of personal jurisdiction and insufficient service of process. (ECF No. 9).

3. On June 10, 2026, Argiros filed its Response in Opposition to the Motion to Dismiss. (ECF No. 13).

4. Marmer respectfully and timely requests a seven-day extension, up to and including June 24, 2026, to file its Reply in support of its Motion to Dismiss.

5. The requested extension is not intended to delay the proceedings but, rather, to fully explore and address the issues before the Court in a meaningful manner. The requested extension will not prejudice any party.

6. The undersigned conferred with counsel for Argiros, who agrees to the requested extension.

7. The proposed Order is attached hereto as Exhibit A.

WHEREFORE, Defendant, Marmer Investment Limited, *in personam*, respectfully requests that this Court enter an Order granting an unopposed seven-day extension to file its Reply in support of its Motion to Dismiss, and granting such further relief as the Court deems appropriate.

Dated: June 16, 2026

Respectfully Submitted,

*/s/ Serena A. Witter*

Serena A. Witter, Esq.
Fla. Bar No. 45216
Michael Karcher
Florida Bar No. 516287
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 372-3300
Fax. (305) 379-7019
Email: switter@robertallenlaw.com
mkarcher@robertallenlaw.com
litigation@robertallenlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 16th day of June, 2026, a true and correct copy of the foregoing served via the CM/ECF system on all counsel of record indicated below.

Michael T. Moore, Esq.
Caycie Flitman, Esq.
Dillon M. Weiss, Esq.
MOORE & COMPANY, P.A.
Tel. (786) 221-0600
Fax (786) 221-0601
Email michael@moore-and-co.com
cflitman@moore-and-co.com
dweiss@moore-and-co.com

*Counsel for Plaintiff*

*/s/ Serena Witter*
Serena A. Witter, Esq.