UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-CV-22409-RKA

ARGIROS D.O.O, a Croatian limited liability company,

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam*, and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem*,

*Defendants*.
_________________________________/

**ORDER ON DEFENDANT, MARMER INVESTMENTS LIMITED'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

THIS CAUSE having come before the Court on Defendant, Marmer Investments Limited's Unopposed Motion for an Extension of Time to File its Reply in Support of Motion to Dismiss (ECF No. 15) ("Motion"), and the Court, having reviewed the Motion, noting the agreement of the parties, and being otherwise fully advised of the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant, Marmer Investments Limited ("Marmer") shall file a Reply in Support of its Motion to Dismiss on or before June 24, 2026.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this ___ day of June, 2026.

_________________________________
HONORABLE ROY K. ALTMAN
UNITED STATES DISTRICT COURT JUDGE

cc: All Counsel of Record