**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-CV-22409-RKA**

ARGIROS D.O.O., a Croatian limited liability company,

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem,*,

*Defendant*.
______________________________________/

**JOINT NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION**

Pursuant to the Court's Order Setting Trial and Pre-Trial Schedule Requiring Mediation [DE 19] and S.D. Fla. Local Rule 16.2, the parties hereby jointly notify the Court that they have selected Michael Essington as mediator and have scheduled mediation as follows:

**Mediator:** Michael Essington

**Date:** July 15, 2027

**Time:** 9:00 a.m. Eastern Time

**Place:** Zoom videoconference (connection information to be circulated by the mediator)

Dated: September 14, 2026

Respectfully submitted,

/s/ Serena A. Witter
Serena A. Witter, Esq.
Fla. Bar No. 45216
Michael Karcher
Florida Bar No. 516287
*Counsel for Defendant*
ROBERT ALLEN LAW
The Four Seasons Office Tower
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131
Tel. (305) 372-3300
Fax. (305) 379-7019
Email: switter@robertallenlaw.com
mkarcher@robertallenlaw.com
litigation@robertallenlaw.com

/s/ Dillon M. Weiss
Dillon M. Weiss, Esq.
Fla. Bar No. 1075706
*Counsel for Plaintiff*
MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Tel: 786-221-0600
Email: dweiss@moore-and-co.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2026, I electronically filed the foregoing Joint Notice of Selection of Mediator and Scheduling of Mediation with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Dillon M. Weiss
Dillon M. Weiss, Esq.