**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-CV-22409-RKA**

ARGIROS D.O.O., a Croatian limited
liability company*,*

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem,*,

*Defendant*.
________________________________________/

**ATTORNEY DILLON M. WEISS'S NOTICE OF CHANGE OF CONTACT INFORMATION**

PLEASE TAKE NOTICE that, pursuant to Southern District of Florida Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, compliance which is mandated pursuant to Southern District of Florida Local Rule 5.1, the mailing address, telephone number, and e-mail address for Dillon M. Weiss, Esq., counsel for Plaintiff ARGIROS D.O.O., have changed. Mr. Weiss's updated contact information is as follows:

Dillon M. Weiss, Esq.
MOORE & COMPANY, P.A.
255 Aragon Avenue, Third Floor
Coral Gables, Florida 33134
Telephone: (786) 221-0600
E-mail: dweiss@moore-and-co.com

Kindly modify the Court's service list and records accordingly.

Dated: September 14, 2026

Respectfully submitted,

*/s/ Dillon M. Weiss*
Dillon M. Weiss, Esq.
Fla. Bar No. 1075706
*Counsel for Plaintiff*
MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Tel: 786-221-0600
Email: dweiss@moore-and-co.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on September 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Dillon M. Weiss*
Dillon M. Weiss, Esq.