# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-cv-22409-ALTMAN

ARGIROS D.O.O., a Croatian limited liability company,

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem*,

*Defendants*.

_____________________________________/

**PROPOSED ORDER APPROVING SPECIAL BOND IN LIEU OF ARREST**

THIS MATTER having come before the Court the Defendant Vessel M/Y Kaiser's Motion for Approval of Special Bond in Lieu of Arrest, pursuant to Supplemental Rule E(5)(a) (ECF No. 21) (the "Motion"), and the Court, having reviewed the Motion, the Escrow Agreement, and being otherwise fully advised of the premises, it is hereby

ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.

2. The posting of special bond in the amount of $600,000.00 in lieu of arrest is APPROVED.

3. The special bond in the amount of $600,000.00 posted in escrow shall be in lieu of the arrest of the Vessel, shall stand as the agreed security for Plaintiff's Rule C *in rem* maritime claims asserted in the Verified Complaint pending further order of the Court, and the Court shall have jurisdiction over this *res.*

4. The special bond in the amount of $600,000.00 in lieu of arrest deposited in the Fowler White Burnett Trust Account pursuant to a Joint Escrow Agreement between the parties shall not be released unless signed by all parties or pursuant to a lawful order of this Court.

5. Defendant Marmer Investment Limited, on behalf of the Vessel, must serve its Statement of Interest in accordance with Supplemental Rule C.

6. Defendant Marmer Investment Limited, on behalf of the Vessel, must serve its Answer to the Verified Complaint in accordance with Supplemental Rule C.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2026.

______________________________

**HONORABLE ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of record
Robert McIntosh of Fowler White Burnett as Escrow Agent