**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO: 26-CV-22409-RKA**

ARGIROS D.O.O., a Croatian limited liability company,

*Plaintiff*,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem,*

*Defendant*.
_______________________________________/

**PLAINTIFF'S RESPONSE IN LIMITED OPPOSITION TO DEFENDANT VESSEL M/Y KAISER'S MOTION FOR APPROVAL OF SPECIAL BOND IN LIEU OF ARREST**

Plaintiff, ARGIROS D.O.O., responds in limited opposition to Defendant Vessel M/Y KAISER's Motion for Approval of Special Bond in Lieu of Arrest [DE 24] as follows:

Plaintiff does not oppose approval of the $600,000.00 special bond in lieu of arrest pursuant to Supplemental Rule E(5)(a).

Plaintiff objects only to any language that would limit or modify the scope of the parties' Escrow Agreement. Although Defendant characterizes the escrowed funds as security for Plaintiff's Rule C claims, the Escrow Agreement expressly provides that the $600,000.00 deposit "will stand as security for any Rule C or Rule B claims against the Vessel and/or its Owners." See DE 24 at 2, ¶ 4 (quoting Escrow Agreement at 2, ¶ 5).

Accordingly, Plaintiff requests that the Court approve the special bond without modifying or limiting the terms of the parties' Escrow Agreement.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Caycie Flitman*
Caycie Flitman, Esq.
Fla. Bar No. 55826
*Counsel for Plaintiff*
MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, Florida 33134
Tel: 786-221-0600
cflitman@moore-and-co.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on October 2, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

*/s/ Caycie Flitman*
Caycie Flitman, Esq.
Fla. Bar No. 55826