# EXHIBIT B

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR JUNE 2024
PN No 13 / 2024 - KAISER

Addiko Bank

ARGIROS D.O.O.
PODSTRANA - SV. MARTIN, SV. MARTINA 62
21312 PODSTRANA
HRVATSKA

Broj računa-IBAN:
BIC:
Status računa: A
Zabrana raspolaganja: Ne
Oznaka valute: EUR
OIB / MB:
Dostava: e-mail /
Broj / datum: 167 / 28.06.2024

# IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 28.06.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** **0,00 EUR**
**Vrijedi do:**

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | [redacted]<br>26.06.2024<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Yurii Chaban<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Rodrigo Gomez<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.120,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| 4<br>Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Kateryna Kolpakova<br>[redacted] | HR99<br>HR99 | 1.808,28 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Jack Mountain<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 2.700,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 6.300,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,80 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 5.900,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br>HAABHR22 | HR99<br>HR99 | 12,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| HUB3_SHA naknada | 28.06.2024<br>28.06.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 1.530,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>00 | Freja Larsson<br>[redacted] | HR99<br>HR99 | 2.528,10 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plovidbi za [redacted] | 28.06.2024<br>28.06.2024 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plovidbi za [redacted] | 28.06.2024<br>28.06.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Tonći Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plovidbi za 06/2024., m/y Kaiser | 28.06.2024<br>28.06.2024<br>05 | Lukša Plečaš<br>[redacted] | HR99<br>HR99 | 15.000,00 | |
| Ukupni promet<br>Broj naloga, duguje:<br>Broj naloga, potražuje: | <br>27<br>0 | | | [redacted] | 0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted]
Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 01.07.2024

Broj naloga, duguje: 0 0,00

Addiko Bank

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR SEPTEMBER 2024
PH No 19/2024 - KAISER

Addiko Bank

ARGIROS D.O.O.
PODSTRANA - SV. MARTIN, SV. MARTINA 62
21312 PODSTRANA
HRVATSKA

| | |
|---|---|
| Broj računa-IBAN: | |
| Status računa: | A |
| Zabrana raspolaganja: | Ne |
| Oznaka valute: | EUR |
| OIB / MB: | |
| Dostava: | e-mail / |
| Broj / datum: | 258 / 27.09.2024 |

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 27.09.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** **0,00 EUR**
**Vrijedi do:**

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 5.871,50 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Rodrigo Gomez<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.500,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 6.551,09 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Jack Mountain<br>[redacted] | HR99<br>HR99 | 3.300,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Yurii Chaban<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,03 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 6.015,99 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| HUB3_SHA naknada | 27.09.2024<br>27.09.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 2.870,00 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 27.09.2024<br>27.09.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 27.09.2024<br>27.09.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Tonči Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 09/2024., m/y Kaiser | 27.09.2024<br>27.09.2024<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.052,48 | |

| | | | |
|---|---|---|---|
| Ukupni promet | | | |
| Broj naloga, duguje: | 24 | [redacted] | |
| Broj naloga, potražuje: | 0 | | 0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted] EUR

Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 30.09.2024

Broj naloga, duguje: 0 0,00

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR OCTOBER 2024
PN No 22/2024 - KAISER

**Addiko Bank**

ARGIROS D.O.O.
PODSTRANA - SV. MARTIN, SV. MARTINA 62
21312 PODSTRANA
HRVATSKA

| | |
|---|---|
| Broj računa-IBAN: | |
| BIC: | |
| Status računa: | A |
| Zabrana raspolaganja: | Ne |
| Oznaka valute: | EUR |
| OIB / MB: | |
| Dostava: | |
| Broj / datum: | 286 / 29.10.2024 |

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 29.10.2024**

**Početno stanje:** [redacted]
**Dozvoljeno prekoračenje:** **0,00 EUR**
**Vrijedi do:**

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | 29.10.2024<br>28.10.2024<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Yuri Chaban<br>[redacted] | HR99<br>HR99 | 6.600,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 6.392,80 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.726,07 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 11.810,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Rodrigo Gomez<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Michael Bernatzeder<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Serhii Khapusov<br>[redacted] | HR99<br>HR99 | 6.233,33 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br>HAABHR22 | HR99<br>HR99 | 11,80 | |
| u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 5.900,00 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.120,00 | |
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 12,68 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.337,55 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| HUB3_SHA naknada | 29.10.2024<br>29.10.2024<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 11,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>00 | Paula Emma Kartev<br>[redacted] | HR99<br>HR99 | 4.019,05 | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted]<br>Plaća za pomorca u međunarodnoj plo vidbi za [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Tonći Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Plaća za pomorca u međunarodnoj plo vidbi za 10/2024., m/y Kaiser | 29.10.2024<br>29.10.2024<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.000,00 | |
| [redacted] | 29.10.2024<br>29.10.2024<br>05 | [redacted] | HR99<br>HR99 | [redacted] | |
| Ukupni promet<br>Broj naloga, duguje:<br>Broj naloga, potražuje: | <br>26<br>0 | | | [redacted] | 0,00 |

**Novo stanje:** [redacted]

Rezervacija za kartične transakcije: [redacted]

Rezervacija za naloge prisilne naplate: 0,00 EUR

*Najava plaćanja za: 30.10.2024

Broj naloga, duguje: 0 0,00

Addiko Bank

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.

**Addiko Bank d.d., sjedište Zagreb**
Slavonska avenija 6 • HR-10000 Zagreb • Hrvatska
Info-telefon: 0800 14 14 • telefaks: +385 1 600 7000 • info.hr@addiko.com • www.addiko.hr
Račun Banke - IBAN:

BANK STATEMENT AFTER
PAYMENT OF CREW SALARIES
FOR FEBRUARY 2025
PN No 5 KAISER
PN No5/2025

Addiko Bank

ARGIROS D.O.O.

PODSTRANA - SV. MARTIN, SV. MARTINA 62

21312 PODSTRANA

HRVATSKA

| | |
|---|---|
| Broj računa-IBAN: | |
| BIC: | |
| Status računa: | A |
| Zabrana raspolaganja: | Ne |
| Oznaka valute: | EUR |
| OIB / MB: | |
| Dostava: | e-mail / |
| Broj / datum: | 66 / 17.03.2025 |

## IZVADAK O STANJU I PROMETU PO RAČUNU

**Stanje na dan: 17.03.2025**

| | |
|---|---|
| **Početno stanje:** | [redacted] |
| **Dozvoljeno prekoračenje:** | **0,00 EUR** |
| **Vrijedi do:** | |

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| [redacted] | 17.03.2025<br>14.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>16.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>16.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| [redacted] | 17.03.2025<br>17.03.2025<br>00 | [redacted] | HR99<br>HR99 | [redacted] | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Nursel Shevka Ali<br>[redacted] | HR99<br>HR99 | 6.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Zoran Preseren<br>[redacted] | HR99<br>HR99 | 345,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br><br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br><br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br><br><br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Roberto Javier Gimenez<br>[redacted] | HR99<br>HR99 | 5.500,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Prince De Sena<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Julie Des Tombe<br>[redacted] | HR99<br>HR99 | 3.000,00 | |
| 7<br>Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Eduard Seider<br>[redacted] | HR99<br>HR99 | 5.805,34 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Costin Tarata<br>[redacted] | HR99<br>HR99 | 9.407,97 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Virginia Giovannini<br>[redacted] | HR99<br>HR99 | 4.500,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Michael Bernatzeder<br>[redacted]<br><br>IE87REVO99036086313359<br>REVOIE23 | HR99<br>HR99 | 3.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Serhii Khapusov<br>[redacted] | HR99<br>HR99 | 5.649,56 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br><br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 20,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br><br>00 | Johannes Aasen<br>[redacted] | HR99<br>HR99 | 6.100,30 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br><br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6<br><br>HAABHR22 | HR99<br>HR99 | 20,00 | |

Addiko Bank

| Broj transakcije<br>Identifikator suglasnosti<br>Opis plaćanja<br>Vrsta SDD sheme | Dat. izvršenja<br>Dat. valute<br>Nač. izvršenja<br>Šifra namjene | Platitelj / primatelj<br>IBAN/Broj računa<br>BIC-adresa banke platitelja/primatelja | Poziv na broj platitelja<br>Poziv na broj primatelja<br>Identifikator primatelja<br>Referenca | Duguje | Potražuje |
|---|---|---|---|---|---|
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Trenton Echardt<br>[redacted] | HR99<br>HR99 | 5.000,00 | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | ADDIKO BANK D.D.<br>ZAGREB, SLAVONSKA AVENIJA 6 | HR99<br>HR99 | 20,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Martina Skrivankova<br>[redacted] | HR99<br>HR99 | 6.053,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>00 | Camelia Benabdallah<br>[redacted] | HR99<br>HR99 | 5.593,22 | |
| [redacted]<br>[redacted] | 17.03.2025<br>05 | [redacted]<br>[redacted]<br>[redacted] | HR99<br>HR99 | [redacted] | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Niko Lisica<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Tonči Miočić<br>[redacted] | HR99<br>HR99 | 9.000,00 | |
| Placa za pomorca u medunarodnoj plo vidbi za 02/25. m/y Kaiser | 17.03.2025<br>17.03.2025<br>05 | Lukša Plećaš<br>[redacted] | HR99<br>HR99 | 15.497,00 | |
| [redacted]<br>[redacted] | 17.03.2025<br>17.03.2025<br>05 | [redacted]<br>[redacted]<br>[redacted] | HR99<br>HR00 30102 | [redacted] | |
| HUB3_SHA naknada | 17.03.2025<br>17.03.2025<br>00 | Zoran Preseren<br>[redacted] | HR99<br>HR99 | 20,00 | |
| Ukupni promet<br>Broj naloga, duguje:<br>Broj naloga, potražuje: | <br>27<br>0 | | | [redacted] | 0,00 |

**Novo stanje:** [redacted]

| | |
|---|---|
| Rezervacija za kartične transakcije: | [redacted] EUR |
| Rezervacija za naloge prisilne naplate: | 0,00 EUR |

*Najava plaćanja za: 18.03.2025

Addiko Bank

| | | |
|---|---|---|
| Broj naloga, duguje: | 0 | 0,00 |

* Nalozi navedeni u najavi plaćanja izvršavaju se u skladu s raspoloživim pokrićem na računu, a nalozi za čije izvršenje nema pokrića bit će opozvani.

U skladu s Općim uvjetima vođenja transakcijskih računa i pružanja platnih usluga za poslovne subjekte, Banka će u slučaju da Korisnik na svom računu nema raspoloživih sredstava za izvršenje platne transakcije na traženi datum izvršenja odbiti nalog za plaćanje na traženi datum izvršenja i to po isteku krajnjeg vremena primitka naloga za plaćanje koji je trebao biti izvršen, a koje je definirano Terminskim planom.

Molim Vas da eventualne reklamacije zbog pogrešnog odobrenja ili zaduženja dostavite pisanim putem najkasnije u roku 3 dana od stavljanja izvatka na raspolaganje, odnosno u roku od 8 dana od otpreme ako je izvadak dostavljen poštom. U protivnom se smatra da izvadak nije osporen.

Ovaj izvadak kreiran je elektronički, te je punovaljan bez pečata i potpisa.