# EXHIBIT C

Kaiser

Motor Yacht Kaiser:
Marmer Investments Ltd.
Harbour Place 2nd floor, North Wing
103 South Church Street PO Box 472
George Town, G.C. KY1-1106,
Cayman Islands

Date: 29 October 2025

RE: Confirmation Letter to Argiros d.o.o.

This is to confirm that the management company Argiros d.o.o. has fully paid all crew salaries until February 2025 and including February 2025 in accordance with the monthly salary requests issued by the vessel. There are no outstanding payments, and all salaries were paid in full and without delay whenever the requests were addressed to Argiros d.o.o.

Capt. Luksa Plecas

Kaiser

MY Kaiser
Georget Town, Cayman Island
Mobile: +385 99 732 4625 (WhatsApp)
captain@my-kaiser.com

Kaiser
George Town, C.I.
IMO No. 1010466
GRT 1090, NT 327
Power 2800 KW