UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO: 26-CV-22409-ALTMAN

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,
v.

MARMER INVESTMENTS LIMITED, *in personam,* and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, *in rem*, $600,000 held as security in escrow in
lieu of the arrest of M/Y Kaiser, *in rem* and pursuant to Rule B

Defendants.
_______________________________________________/

**PLAINTIFF'S NOTICE OF FILING AFFIDAVIT OF MICHAEL T. MOORE IN SUPPORT OF VERIFIED FIRST AMENDED COMPLAINT**

Plaintiff, ARGIROS D.O.O., by and through undersigned counsel, hereby gives notice of filing the attached Affidavit of Michael T. Moore, Esq., in support of Plaintiff's Verified First Amended Complaint.

Dated: October 19, 2026

Respectfully submitted,

MOORE & COMPANY, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: 786-221-0600
michael@moore-and-co.com
*Counsel for Plaintiff*

/s/ Michael T. Moore
Michael T. Moore, Esq.
Florida Bar No. 207845

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 19, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

/s/ Michael T. Moore
Michael T. Moore, Esq.
Florida Bar No. 207845