UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 26-cv-22409-ALTMAN

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and
M/Y KAISER, a 2011 196' Abeking & Rasmussen
Motor Yacht, *in rem*, $600,000 held as security
in escrow *in rem* and pursuant to Rule B

Defendants.
_______________________________________/

**AFFIDAVIT OF MICHAEL T. MOORE, ESQ.**

I, Michael T. Moore, Esq., first being duly sworn, depose, and say as follows:

1. I am over the age of eighteen (18) and otherwise competent to make this Affidavit.
2. I have personal knowledge regarding the subject matter of this Affidavit.
3. I make this Affidavit in support of the Plaintiff's, Argiros D.O.O., First Amended Complaint including Supplemental Rule B.
4. Upon information and belief, the Defendant, Marmer Investments Limited, Owner of the Vessel M/Y Kaiser, (hereinafter referred to as "the Vessel"), cannot be found within the jurisdiction of any federal court in Florida for the purposes of service of process of the instant action.
5. Specifically, I have searched the corporate filings with the Florida Department of State Division of Corporations and can find no record of Marmer Investments Limited being

incorporated in Florida, having an office or any real property in Florida, being licensed to do business in Florida, nor having a registered agent for service of process in Florida.

6. For the foregoing reasons, Plaintiff, seeks an attachment of the Vessel's substitute security currently held within this district pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

7. Upon information and belief, the property that Plaintiff seeks to attach is currently located within this Court's jurisdiction of the Southern District of Florida in the form of $600,000.00 in Fowler White Burnett P.A.'s Trust Account.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19th, 2026.

Michael T. Moore, Esq.