UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO: 26-CV-22409-ALTMAN

ARGIROS D.O.O.,
a Croatian limited liability company,

Plaintiff,

v.

MARMER INVESTMENTS LIMITED, *in personam,* and M/Y KAISER, a 2011 196' Abeking & Rasmussen Motor Yacht, *in rem*, $600,000 held as security in escrow in lieu of the arrest of M/Y Kaiser, *in rem* and pursuant to Rule B

Defendants.
_______________________________________/

**MEDIATION REPORT**

MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A. Mediation was held on November 13, 2026 at 2:00 p.m.

☐ An agreement was reached with all parties.

***X*** No agreement was reached, impasse declared.

☐ The parties wish to adjourn the mediation.

**B.** All counsel and parties participated.

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on this 14th day of November, 2026 I electronically filed with the Clerk of this Court using CM/ECF this Mediation Report and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

/s/ *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127

Michael P. Essington, P.A.
9825 N.E. 2nd Avenue, Suite 531127
Miami, Florida 33153
Cell: 305-282-1783
michael.essington@me.com

**Service List**

| | |
|---|---|
| Dillon M. Weiss, Esq.<br>MOORE & COMPANY, P.A.<br>255 Aragon Avenue, 3rd Floor<br>Coral Gables, Florida 33134<br>dweiss@moore-and-co.com<br>Counsel for Plaintiff | Michael R. Karcher, Esq.<br>KARCHER CANNING & KARCHER<br>760 N.E. 7th Avenue<br>Dania Beach, Florida 33004<br>mrk@ukandk.com<br><br>Serena A. Witter, Esq.<br>ROBERT ALLEN LAW<br>The Four Seasons Office Tower<br>1441 Brickell Avenue, Suite 1400<br>Miami, Florida 33131<br>switter@robertallenlaw.com<br>litigation@robertallenlaw.com<br>Counsel for Defendant M/Y KAISER and Marmer Investments Limited, as Claimant/Owner |